# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DENISE PAYNE, individually; and )
NATIONAL ALLIANCE FOR )
ACCESSIBILITY, INC., a Florida )
corporation )
  )
    Plaintiffs, )
  )
v. ) Case No.3:12-CV-530-UATC-JRK
  )
SHIVAM HOTELS, LLC, d/b/a )
BEST WESTERN JACKSONVILLE )
AIRPORT, )
  )
    Defendant. )
_____)

Defendant, SHIVAM HOTELS, LLC d/b/a BEST WESTERN JACKSONVILLE AIRPORT, a Florida corporation ("Shivam"), by and through its undersigned attorney, answers the allegations contained in the Complaint filed by the Plaintiffs, DENISE PAYNE, individually, and NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida corporation, and with respect to each numbered paragraph in the Complaint, states as follows:

## ANSWER AND AFFIRMATIVE DEFENSES

1.    Shivam is without knowledge as to the allegations set forth in Paragraph 1 of the Complaint.

2.    Shivam admits the allegations set forth in Paragraph 2 of the Complaint for jurisdictional purposes only, and denies any other allegation in that paragraph.

3. Shivam admits the allegations set forth in Paragraph 3 of the Complaint for jurisdictional purposes only, and denies any other allegation in that paragraph.

4. Shivam is without knowledge as to the allegations set forth in Paragraph 3 of the Complaint.

5. Shivam is without knowledge as to the allegations set forth in Paragraph 5 of the Complaint.

6. Shivam admits the allegations set forth in Paragraph 6 of the Complaint.

7. Shivam admits that it owns, operates and/or leases the property located at 1170 Airport Road, Jacksonville, Florida, but otherwise denies the allegations set forth in Paragraph 7 of the Complaint.

8. Shivam admits the allegations set forth in Paragraph 8 of the Complaint for venue purposes only, and denies any other allegation in that paragraph.

9. Shivam denies the allegations set forth in Paragraph 9 of the Complaint.

10. Shivam denies the allegations set forth in Paragraph 10 of the Complaint.

11. Shivam denies the allegations set forth in Paragraph 11 of the Complaint.

12. Shivam denies the allegations set forth in Paragraph 12 of the Complaint.

13. Shivam denies the allegations set forth in Paragraph 13 of the Complaint.

14. Shivam denies the allegations set forth in Paragraph 14 of the Complaint.

15. Shivam denies the allegations set forth in Paragraph 15 of the Complaint.

16. Shivam denies the allegations set forth in Paragraph 16 of the Complaint.

17. Shivam denies the allegations set forth in Paragraph 17of the Complaint.

18. Shivam denies the allegations set forth in Paragraph 18 of the Complaint.

19. Shivam denies the allegations set forth in Paragraph 19 of the Complaint.

20. Shivam denies the allegations set forth in Paragraph 20 of the Complaint.

21. Shivam denies the allegations set forth in Paragraph 21 of the Complaint.

22. Shivam denies the allegations set forth in Paragraph 22 of the Complaint.

23. Shivam asserts that the express language of various CFR Sections cited by Plaintiff speaks for itself.  Shivam denies the allegations set forth in Paragraph 23 of the Complaint to the extent it is inconsistent with the language of the CFR Sections.  Shivam denies the remaining allegations set forth in Paragraph 23 of the Complaint.

24. Shivam denies the allegations set forth in Paragraph 24 of the Complaint.

25. Shivam denies the allegations set forth in Paragraph 25 of the Complaint.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's claims, in whole or in part, fail to state a claim upon which relief can be granted.

2. Shivam reserves the right to amend its affirmative defenses as the parties have not conducted any discovery.

Respectfully submitted,

/s/ Mark Young
Mark J. Young, Esquire
Florida Bar No.:  78158
Mark Young P.A.
12086 Fort Caroline Road, Unit 202
Jacksonville, FL  32225
Telephone:  (904) 996-8099
Facsimile:   (904) 980-9234
E-Mail:  myoungpa@comcast.net
*Counsel for Shivam Hotels, LLC d/b/a Best Western Jacksonville Airport*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **ANSWER AND AFFIRMATIVE DEFENSES** was filed using the CM/ECF system on June 15, 2012, which will automatically provide notice to the following attorney of record by electronic means:

      Daniel B. Reinfeld, Esq.
      Dill & Reinfeld, PLLC
      Center Court Building
      2450 Hollywood Boulevard, Suite 310
      Hollywood, FL  33020-6624
      E-Mail:  dan@reinfeldlaw.com

      /s/ Mark Young
      Mark J. Young, Esquire